**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

Case No. 26-30640
Mag. Judge Anthony Patti

Michael Grayse,
Kyron Grayse,
Randy Parker-Smith,
Daquan Hare,

Defendants.
_____________________________________/

**ORDER TRANSPORTING THE DEFENDANTS FROM THE DETROIT DETENTION CENTER TO THE LIVINGSTON COUNTY JAIL**

On October 9, 2026, Defendants Michael Grayse, Kyron Grayse, Randy Parker-Smith, and Daquan Hare were charged via federal criminal complaint with assault of a federal employee and discharge of a firearm during and in relation to a crime of violence, in violation of Title 18, United States Code, Sections 111 and 924(c).

On October 10, 2026, the defendants made their initial appearance on the federal criminal complaint, via Zoom, from the Detroit Detention Center (DDC). All were temporarily detained pending a detention hearing set for October 16, 2026 in federal court.

The Court now orders that the DDC officials, in conjunction with federal law enforcement agents, transfer the defendants from the DDC to the Livingston County Jail for courtesy hold until the defendants can be brought into the custody of the United States Marshal Service (USMS).

The United States Postal Service law enforcement agents are directed to coordinate with the USMS for the transport of the defendants from the Livingston County Jail to the Theodore Levin Federal Courthouse on or about Tuesday, **October 13, 2026** for processing, intake, and remand to the custody of the USMS.

**IT IS SO ORDERED.**

Anthony Patti
United States Magistrate Judge

Dated: October 10, 2026