5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-1 MICHAEL GRAYSE,
D-2 DAQUAN HARE,

Defendants.
_________________________________/

Violations:
18 U.S.C. §§ 111(a)(1) and (b)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 2

Case: **2:26-cr-20715**
Assigned To : **McMillion, Brandy R.**
Referral Judge: **Patti, Anthony P.**
Assign. Date : **10/21/2026**
Description: **INDI USA V. SEALED MATTER (CC)**

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
18 U.S.C. §§ 111(a)(1), (b), and 2
*Assaulting a Federal Employee*

D-1 MICHAEL GRAYSE
D-2 DAQUAN HARE

On or about October 7, 2026, in the Eastern District of Michigan, Southern Division, the defendants, MICHAEL GRAYSE and DAQUAN HARE, aided and abetted by each other, forcibly assaulted an employee of the United States Postal Service, a person designated in Title 18, United States Code, Section 1114, who was engaged in the performance of his official duties as a letter carrier, and, while

in the commission of said acts: caused physical contact with the letter carrier; used a dangerous and deadly weapon, to-wit, a firearm; and inflicted bodily injury to the letter carrier, in violation of Title 18, United States Code, Sections 111(a)(1), (b), and 2.

**<u>COUNT TWO</u>**

18 U.S.C. §§ 924(c)(1)(A) and 2

*Use and Carry of a Firearm During and in Relation to a Crime of Violence*

D-1 MICHAEL GRAYSE
D-2 DAQUAN HARE

On or about October 7, 2026, in the Eastern District of Michigan, Southern Division, the defendants, MICHAEL GRAYSE and DAQUAN HARE, aiding and abetted by each other, knowingly used and carried a firearm, that is, a Smith & Wesson, M&P, .40 caliber pistol, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, assault of a federal employee as alleged in Count One of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2. It is further alleged that the firearm was discharged.

**COUNT THREE**
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

D-1 MICHAEL GRAYSE

On or about October 7, 2026, in the Eastern District of Michigan, Southern Division, the defendant, MICHAEL GRAYSE, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Smith & Wesson, M&P, .40 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon being convicted of any offenses charged in this Indictment, the defendants, MICHAEL GRAYSE and DAQUAN HARE, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm involved in or used in any

knowing violation of said offenses, including but not limited to: one Smith & Wesson, M&P, .40 caliber pistol.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON, Jr.
United States Attorney

*s/ Mark Bilkovic*
Mark Bilkovic
Assistant United States Attorney
Chief, Violent and Major Crimes Unit

*s/ Jeanine Brunson*
Jeanine Brunson
Assistant United States Attorney

*s/ Jacob Hoppe*
Jacob Hoppe
Assistant United States Attorney

Dated: October 21, 2026

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove |
|---|---|

Case: 2:26−cr−20715
Assigned To : McMillion, Brandy R.
Referral Judge: Patti, Anthony P.
Assign. Date : 10/21/2026
Description: INDI USA V. SEALED MATTER (CC)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials:** [signature] |

**Case Title:** USA v. Michael Grayse et al

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment -- prior complaint **[Case No. 26-mj-30640]**

**Superseding Case Information**

**Superseding to Case No:** ______________________ **Judge:** ______________________

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 21, 2026
Date

JEANINE BRUNSON
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Jeanine.Brunson @usdoj.gov
(313) 226-9597
Bar #: P55429

JACOB HOPPE
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Jacob.Hoppe@usdoj.gov
(313) 226-9622
Bar #: P85712

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.